IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---------------------------------------------------X
IN THE MATTER OF THE ARBITRATION :
BETWEEN: :

TRICON ENERGY, LTD., :

          Petitioner, : CASE NO. _____

     - and - :

VINMAR INTERNATIONAL, LTD.,
 :
          Respondent.
---------------------------------------------------X

## ORDER

Pending before the Court is Tricon's Petition to Confirm the Arbitration Award. Having considered the Petition, the evidence attached to the Petition, Defendant's response, the reply, the applicable law, and the argument of counsel, if any, the Court is of the opinion that the Petition should be GRANTED. The arbitration award issued by a panel of AAA arbitrators on November 29, 2010 in the case of *Tricon Energy, Ltd. v. Vinmar International, Ltd.*, AAA Case No. 70 198 00168 09 is hereby confirmed. Judgment is entered in favor of Tricon Energy, Ltd. and against Vinmar International, Ltd. in the amount of:

    a.    $2,008,867.80 in damages, which includes $1,338,776.72 in compensatory damages; $246,298.30 in prejudgment interest; and $423,793.78 for attorneys' fees and costs;

    b.    arbitration expenses in the amount of $35,495.00;

{00115145.DOC; 1}

    c.    interest from November 29, 2010 until the judgment is satisfied at the rate of 8.5% per annum ($467.82 per day);

    d.    $50,000 in attorneys' fees for bringing this Petition, as directed in the November 29, 2010 award; and

    e.    costs of court.

Signed this _____ day of _____, 20__.

_____
JUDGE PRESIDING