IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---------------------------------------------------------X

Tricon Energy, Ltd.,                        :

        Claimant,              :        Case No. _____

     - against -                          :

Vinmar International, Ltd.,                 :

        Respondent.            :
---------------------------------------------------------X

## CERTIFICATION OF DOCUMENT AUTHENTICITY

STATE OF TEXAS           §

COUNTY OF HARRIS         §

    I, Brad J. Lockwood, one of the owners of Tricon Energy, Ltd. ("Tricon"), do hereby affirm that I am authorized to make this certification and that the copy of the 2008 contract and emails assenting thereto are true and correct copies of the documents in dispute in the Matter of the Arbitration Between Tricon Energy, Ltd. and Vinmar International, Ltd. and that Tricon introduced copies of these documents into evidence in the arbitration proceedings from which the award sought to be enforced was issued.

    DATED this 3rd day of December, 2010.

                                                   Brad J. Lockwood
                                                   Tricon Energy, Ltd.

3rd    SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority, on this the ___ day of December, 2010.

                                                   Notary Public for the State of Texas

{00115073.DOC; 1}