FW: MOAB OIL INC/ RICK                                                    Page 1 of 1

| | |
|---|---|
| From: | Chem [chem@vinmar.com] |
| Sent: | Tuesday, July 22, 2008 2:16 PM |
| To: | Rick Wilson |
| Subject: | FW: MOAB OIL INC/ RICK |
| Attachments: | Fax Image.TIF |

-----Original Message-----
From: RightFax E-mail Gateway
Sent: Tuesday, July 22, 2008 2:14 PM
To: Chem
Subject: MOAB OIL INC/ RICK

7/22/2008 2:13:09 PM Transmission Record
        Received from remote ID: MOAB OIL INC
        Inbound user ID CHEM, routing code 333
        Result: (0) No Errors
        Page record: 1 - 2
        Elapsed time: 00:56 on channel 4

Fax Images: [double-click on image to view page[s]]

PLAINTIFF'S
EXHIBIT
B

VIN000021

MOAB Oil, Inc.
47 Water Street, 2nd Floor
South Norwalk, CT 06854
Ph: (203) 857-0622  Fax: (203) 857-0695

We are pleased to confirm the following transaction as per our telecon on:            7/22/2008

MOAB CONFIRM # 807220046

| SELLER: | Trican Energy Ltd. | BUYER: | Vinmar International, LTD |
|---|---|---|---|
| | 777 Post Oak Blvd | | 16800 Imperial Valley Dive |
| | #650 | | Suite 499 |
| | Houston, TX 77056 | | Houston, TX 77060 |
| ATTN: | Brad Lockwood | ATTN: | Rick Wilson |
| FAX: | (713) 985-6192 | FAX: | rwilson@vinmar.com |
| FAX 2: | (713) 985-6190 | FAX 2: | (281) 618-1390 |

Private & Confidential:

PRODUCT: Mixed Xylenes

QUANTITY: 5,000 MT plus/minus five percent, seller's option.

PRICE: USD 1110.00 per Metric Ton, CFR basis one safe berth Korea/Taiwan,.

QUALITY: Mixed Xylenes meeting ASTM D-5211, latest revisions with 20 maximum Bromine Index.

DELIVERY:
CFR basis one safe berth/port major ports Taiwan or Ulsan Korea, at buyer's option via barge/vessel provided seller
during 9/1/2008 - 9/15/2008 seller's option. Seller shall provide buyer with a minimum of five (5) working days notice
of actual discharge date. Buyer shall declare discharge port not later than August 8, 2008.

LAYTIME/DEMURRAGE AT DISCHARGE: Per Charter Party.

PAYMENT:
In USD via wire transfer in same day funds into seller's account at its designated bank thirty (30) days after load and
receipt of invoice and inspection certificates at load. Normal credit terms between seller and buyer.

INSPECTION:
Quantity and quality to be inspected at loadport by an independent inspector mutually agreed upon with costs to be
shared equally between buyer and seller. Quantity and quality inspection measurements shall be from static shore
tank.

TITLE AND RISK: Title and risk to pass from seller to buyer as the product passes the barge/vessel's flange at
loadport.

GENERAL TERMS AND CONDITIONS: INCO TERMS 2000 for CFR Sales to govern.

COMMISSION: As agreed, a commission of 0.50 USD/MT shall be paid to MOAB Oil, Inc. by buyer.

If there is anything outlined contrary to your understanding of our agreement, please notify us immediately by

Tuesday, July 22, 2008                                                                          Page 1 of 2

Although every effort has been made to ensure the accuracy of the above mentioned transaction, we cannot and will not be held liable for any
errors or omissions in content and/or transmission.

VIN000022

facsimile.  Many thanks for allowing us, as brokers, to arrange this transaction for you.

Tuesday, July 22, 2008

Although every effort has been made to ensure the accuracy of the above mentioned transaction, we cannot and will not be held liable for any errors or omissions in content and/or transmission.

VIN000023