Page 1 of 1

From: Wesston Stephens [wstephens@moaboil.com]
Sent: Tuesday, July 22, 2008 3:57 PM
To: Rick Wilson
Subject: RE: MOAB OIL CONFIRM REVISION 7/22/2008
Attachments: vinmar807220046.pdf



VIN000019



MOAB Oil, Inc.
47 Water Street, 2nd Floor
South Norwalk, CT 06854
Ph: (203) 857-6622  Fax: (203) 857-6699

We are pleased to confirm the following transaction as per our telecon on:    7/22/2008    **AMENDED CONTRACT**

MOAB CONFIRM #: S07220046

| | | | |
|---|---|---|---|
| SELLER: | Tricon Energy Ltd. | BUYER: | Vinmar International, LTD |
| | 777 Post Oak Blvd | | 16800 Imperial Valley Dive |
| | #650 | | Suite 499 |
| | Houston, TX 77056 | | Houston, TX 77060 |
| ATTN: | Brad Lockwood | ATTN: | Rick Wilson |
| FAX: | (713) 985-6192 | FAX: | rwilson@vinmar.com |
| FAX 2: | (713) 985-6190 | FAX 2: | (281) 618-1390 |

**Amended payment terms**

Private & Confidential:

PRODUCT: Mixed Xylenes

QUANTITY: 5,000 MT plus/minus five percent, seller's option.

PRICE: USD 1110.00 per Metric Ton, CFR basis one safe berth Korea/Taiwan..

QUALITY: Mixed Xylenes meeting ASTM D-5211, latest revisions with 20 maximum Bromine Index.

DELIVERY:
CFR basis one safe berth/port major ports Taiwan or Ulsan Korea, at buyer's option via barge/vessel provided seller during 9/1/2008 - 9/15/2008 seller's option. Seller shall provide buyer with a minimum of five (5) working days notice of actual discharge date. Buyer shall declare discharge port not later than August 8, 2008.

LAYTIME/DEMURRAGE AT DISCHARGE: Per Charter Party.

PAYMENT: Payment at site by documentary letter of credit.

INSPECTION:
Quantity and quality to be inspected at loadport by an independent inspector mutually agreed upon with costs to be shared equally between buyer and seller. Quantity and quality inspection measurements shall be from static shore tank.

TITLE AND RISK: Title and risk to pass from seller to buyer as the product passes the barge/vessel's flange at loadport.

GENERAL TERMS AND CONDITIONS: INCO TERMS 2000 for CFR Sales to govern.

COMMISSION: As agreed, a commission of 0.50 USD/MT shall be paid to MOAB Oil, Inc. by buyer.

If there is anything outlined contrary to your understanding of our agreement, please notify us immediately by facsimile. Many thanks for allowing us, as brokers, to arrange this transaction for you.

Tuesday, July 22, 2008      Page 1 of 1

Although every effort has been made to ensure the accuracy of the above mentioned transaction, we cannot and will not be held liable for any errors or omissions in content and/or transmission.

VIN000020