Laurentiu Paul Pascu                                                                                    May 27, 2010
Houston, TX

Page 1

```
 1              AMERICAN ARBITRATION ASSOCIATION

 2                       DALLAS, TEXAS

 3    TRICON ENERGY, LTD.,           *

 4                 CLAIMANT,         *   CASE NO.

 5    VS.                            *   70 198Y 00168 09

 6    VINMAR INTERNATIONAL, LTD.,    *

 7                 RESPONDENT.       *

 8    ***********************************************

 9              ORAL AND VIDEOTAPED DEPOSITION OF

10                   LAURENTIU PAUL PASCU

11                     MAY 27TH, 2010

12    ***********************************************

13    ORAL AND VIDEOTAPED DEPOSITION OF LAURENTIU PAUL

14    PASCU, produced as a witness at the instance of the

15    Claimant, and duly sworn, was taken in the above-

16    styled and numbered cause on the 27th day of May,

17    2010, from 9:10 a.m. to 11:07 a.m., before Bobbie

18    Showers, CSR, in and for the State of Texas, reported

19    by machine shorthand, at the offices of Porter &

20    Hedges, LLP, 1000 Main Street, 36th Floor, Houston,

21    Texas, pursuant to the Rules of Conciliation and

22    Arbitration of the American Arbitration Association

23    and the provisions stated on the record or attached

24    hereto.

25
```



Alderson Reporting Company
1-800-FOR-DEPO

Laurentiu Paul Pascu					May 27, 2010
Houston, TX

```
                                                           Page 6
 1            THE VIDEOGRAPHER:  Today is May 27th, 2010.
 2   This is the deposition of Laurentiu Pascu, in the
 3   matter of Tricon Energy versus Vinmar International.
 4   We are on record at 9:10.
 5            Will counsel please state their
 6   appearances.
 7            MR. DIAZ-ARRASTIA:  George Diaz-Arrastia for
 8   Tricon.
 9            MR. LEE:  Stephen Lee for Vinmar.
10            And, for the record, Vinmar is
11   presenting this witness subject to and without waiver
12   of its continuing objection to arbitration.
13                  LAURENTIU PAUL PASCU,
14   was called as a witness and, being first duly sworn,
15   testified as follows:
16                       EXAMINATION
17         BY MR. DIAZ-ARRASTIA:
18      Q.  Sir, could you state your full name for the
19   record, please.
20      A.  Laurentiu Paul Pascu.
21      Q.  Mr. Pascu, have you ever given a deposition
22   before today?
23      A.  No.
24      Q.  Let me just go over a couple of ground rules
25   to help today's process go a little better.  As you
```

Laurentiu Paul Pascu                                            May 27, 2010
                          Houston, TX

```
                                                         Page 48
 1      Q.   And in this transaction, Mr. Wilson was the
 2   trader?
 3      A.   In my perspective, yes.
 4      Q.   Okay.  Thank you, sir.  I think we are done
 5   with those.
 6           (Exhibit No. 34 marked for identification)
 7           BY MR. DIAZ-ARRASTIA:
 8      Q.   Mr. Pascu, have you seen Exhibit No. 34
 9   before today?
10      A.   Yes.
11      Q.   Okay.  What is Exhibit No. 34?
12      A.   It is a purchase confirmation.
13      Q.   Okay.  And it relates to PO No. 4529980.
14   Right?
15      A.   Correct.
16      Q.   Which we have established is the purchase
17   order for the transaction between Tricon and Vinmar
18   that we are here about.  Correct?
19      A.   It is the data as entered in the SAP for the
20   purchase confirmation.
21      Q.   Did you prepare Exhibit 34?
22      A.   I don't remember.
23      Q.   How was Exhibit No. 34 or documents like --
24   how are Vinmar's purchase order confirmations
25   prepared?
```

Alderson Reporting Company
1-800-FOR-DEPO

Laurentiu Paul Pascu                                                May 27, 2010
                              Houston, TX

Page 83

1                AMERICAN ARBITRATION ASSOCIATION

2                         DALLAS, TEXAS

3     TRICON ENERGY, LTD.,              *

4              CLAIMANT,                *

5     VS.                               *   CASE NO.

6                                       *   70 198Y 00168 09

7     VINMAR INTERNATIONAL, LTD.,       *

8              RESPONDENT.              *

9     ****************************************************

10         REPORTER'S CERTIFICATION TO THE DEPOSITION OF

11                    LAURENTIU PAUL PASCU

12                      MAY 27TH, 2010

13    ****************************************************

14    I, Bobbie Showers, Certified Shorthand Reporter in and

15    for the State of Texas, hereby certify to the

16    following:

17         That the witness, LAURENTIU PAUL PASCU, was duly

18    sworn by the officer and that the transcript of the

19    oral deposition is a true record of the testimony

20    given by the witness;

21         That the original deposition transcript was

22    delivered to ___Porter & Hedges_____;

23         That a copy of this certificate was served on all

24    parties and/or the witness shown herein on _____

25    _June 11, 2010_____.

Laurentiu Paul Pascu  May 27, 2010
Houston, TX

Page 84

1      I further certify that pursuant to the Rules of
2   the American Arbitration Association that the
3   signature of the deponent:
4      X  was requested by the deponent or a party
5   before the completion of the deposition and that
6   signature is to be before any notary public and
7   returned within 30 days of receipt of the transcript.
8   If returned, the attached Changes and Signature Page
9   contains any changes and the reasons therefor;
10        was not requested by the deponent or a party
11  before the completion of the deposition.
12     I further certify that I am neither counsel for,
13  related to, nor employed by any of the parties or
14  attorneys in the action in which this proceeding was
15  taken, and further that I am not financially or
16  otherwise interested in the outcome of the action.
        Certified to by me this 3rd day of June, 2010.
17
18
19  _____
20   BOBBIE SHOWERS, CSR 5404
21   ALDERSON REPORTING COMPANY, INC.
     1155 CONNECTICUT AVENUE, NW, SUITE 200
22   WASHINGTON, DC 20036
23   Telephone: 1.800.FOR.DEPO
24    Fax: 202.289.2221
25   Email:  Bobbieshowers@att.net

Laurentiu Paul Pascu  
Houston, TX  
May 27, 2010

Page 85

1   COUNTY OF HARRIS   )

2   STATE  OF  TEXAS   )

3       I hereby certify that the witness was notified on

4   June 11th, 2010 that the witness has 30 days or (days per

5   agreement of counsel) after being notified by the

6   officer that the transcript is available for review by

7   the witness and if there are any changes in the form

8   or substance to be made, then the witness shall sign a

9   statement reciting such changes and the reasons given

10  by the witness for making them;

11      That the witness' signature was/was not returned

12  as of _____.

13      Subscribed and sworn to on this, the ___11th___

14  day of ___June___, 2010.

15

16  _____

17      BOBBIE SHOWERS, CSR 5404

18      ALDERSON REPORTING COMPANY, INC.

19      1155 CONNECTICUT AVENUE, NW, SUITE 200

20      WASHINGTON, DC 20036

21      Telephone: 1.800.FOR.DEPO

22       Fax: 202.289.2221

23      Email:  Bobbieshowers@att.net

24

25