IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRICON ENERGY, LTD., | § § | |
| Petitioner, | § § | CASE NO. 4:10-cv-05260 |
| v. | § § | JURY TRIAL DEMANDED |
| VINMAR INTERNATIONAL, LTD., | § § § | |
| Respondent. | § | |

**APPENDIX OF EXHIBITS IN SUPPORT OF VINMAR INTERNATIONAL, LTD.'S MOTION TO VACATE ARBITRATION AWARD**

| | |
|---|---|
| A | March 18, 2009 correspondence to AAA objecting to arbitration |
| B | April 8, 2009 correspondence to AAA |
| C | April 2, 2009 correspondence from AAA |
| D | April 24, 2009 AAA conference call minutes |
| E | October 20, 2009 correspondence to AAA |
| F | Vinmar's Objections and Responses to Tricon's First Requests for Production |
| G | Vinmar's First Requests for Production propounded on Tricon (excerpt) |
| H | Vinmar's Motion to Compel (excerpt) |
| I | Hearing Transcript |
| J | Vinmar's Post Hearing Brief |
| K | Respondent's Supplemental Motion to Dismiss for Lack of Jurisdiction and, Subject Thereto, Its Answer and Defenses to Claimant's First Amended Specification of Claims |
| L | Respondent's Brief in Support of its Supplemental Motion to Dismiss for Lack of Jurisdiction and, Subject Thereto, Its Prehearing Brief |
| M | Tricon's Response to Vinmar's Supplemental Motion to Dismiss (without exhibits) |
| N | Tricon's Closing Statement and Post-Arbitration Brief (without exhibits) |
| O | Tricon's First Amended Specification of Claims (without exhibits) |
| P | Broker's Letter |
| Q | Proposed Sales Contract |
| R | July 29, 2009 Pascu Comments |
| S | Tricon E-mail |