# APPENDIX TAB A

March 18, 2009 correspondence to AAA objecting to arbitration

# DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.
*attorneys at law*

JPMorgan Chase Tower
Suite 4700
600 Travis Street
Houston, Texas 77002

Telephone
(713) 228-5100
Telecopier
(713) 228-6138

Stephen H. Lee, Partner

slee@drhrlaw.com

March 18, 2009

**Via Facsimile – (972) 490-9008**
Ms. Angela A. Malian-Mills
Case Manager, Dallas Office
American Arbitration Association
13455 Noel Road, Suite 1750
Dallas, Texas 75240

Re:  Case No. 70 198 Y 00168 09
*Tricon Energy, Ltd. v. Vinmar International Ltd.*

Dear Ms. Malian-Mills:

I am counsel for Vinmar International Ltd. ("Vinmar") and write in response to the Demand for Arbitration filed by Tricon Energy, Ltd. ("Tricon"). Please be advised that Vinmar objects to Tricon's attempt to pursue its claim in arbitration. There is no enforceable arbitration provision and Vinmar never agreed to arbitrate this dispute. Without an agreement to arbitrate, the American Arbitration Association ("AAA") does not have jurisdiction to hear this dispute. Vinmar objects to this proceeding and to any further action by AAA or Tricon in this improper forum. Since it lacks jurisdiction to proceed, Vinmar requests that AAA dismiss this arbitration. Alternatively, Vinmar requests that AAA confirm in writing to all parties that it will not proceed with this matter until and unless a court of competent jurisdiction finds there is a valid, enforceable agreement to arbitrate.

Very truly yours,

Stephen H. Lee

SHL\mm

cc:  Mr. George R. Diaz-Arrastia, *via* facsimile
Schirrmeister Diaz-Arrastia Brem LLP
Pennzoil Place – North Tower
700 Milam, 10th Floor
Houston, Texas 77002

Ms. Angela A. Malian-Mills
March 18, 2009
Page 2

cc:  Ms. Kathleen A. Gossett-Cantrell
     Supervisor, Dallas Office
     American Arbitration Association
     13455 Noel Rd, Suite 1750
     Dallas, Texas 75240
     *Via* Facsimile: (972) 490-9008