# **APPENDIX TAB C**

April 2, 2009 correspondence from AAA

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

*Central Case Management Center*

April 2, 2009

13455 Noel Road - Suite 1750, Dallas, TX 75240
telephone: 972-702-8222 facsimile: 972-490-9008
internet: http://www.adr.org/

## VIA EMAIL ONLY

George R. Diaz-Arrastia, Esq.
Schirrmeister Diaz-Arrastia Brem LLP
Pennzoil Place - North Tower
700 Milam, 10th Floor
Houston, TX 77002

Stephen H. Lee, Esq.
Doyle, Restrepo, Harvin & Robbins, LLP
600 Travis, Suite 4700
Houston, TX 77002

Re: 70 198 Y 00168 09
    Tricon Energy, Ltd.
    and
    Vinmar International Ltd.
    - Houston, Texas
    Claim: $1,600,000.00

Dear Parties:

This will acknowledge receipt of a letter dated March 26, 2009, from Claimant, a copy of which we note has been exchanged with the other party.

The Association has carefully reviewed the positions and contentions of the parties as set forth in their correspondence. The claimant has met the filing requirements of the rules by filing a demand for arbitration providing for administration by the American Arbitration Association under its rules.

Accordingly, in the absence of an agreement by the parties or a court order staying this matter, the Association will proceed with administration pursuant to the Rules. The parties may wish to raise this issue, upon appointment of the arbitrator.

The AAA serves as a neutral administrative agency and does not generally appear or participate in judicial proceedings relating to arbitration. The AAA should not be named as a party-defendant. The Rules state that the AAA is not a "necessary party". The AAA will abide by an order issued by the courts and the parties are requested to keep us informed as to the outcome.

An administrative call will be scheduled on one of the following dates:

April 9, 14, 16, 2009

Please advise the Association of your availability by April 6, 2009. Absent a response, we will assume all dates and times are acceptable and a call will be scheduled.

Sincerely,

*Angela A. Malian-Mills*

Angela A. Malian-Mills
Case Manager
800-426-8792
MalianA@adr.org

*Supervisor Information: Kathleen A. Gossett-Cantrell, 888 774-6929, Cantrellk@adr.org*