# APPENDIX TAB S

Tricon E-mail

From:     Laurentiu Pascu [LPascu@vinmar.com]
Sent:     Thursday, July 31, 2008 1:39 PM
To:       Rick Wilson
Subject:  FW: PO4529980 - 5000Mts of MX

Best regards,
Laurentiu Pascu

Vinmar International Ltd.
Phone:  281-618-1441
Fax:    281-618-1390
Mob:    713-298-8750

Disclaimer: This E-Mail is the property of Vinmar International and/or its relevant affiliates ("Vinmar"). The information contained in this E-Mail is solely for the intended recipient(s). Access to, disclosure or use of this E-Mail by anyone else is unauthorized. Any opinions expressed in this message are those of the individual sender and not of Vinmar, and are not binding upon Vinmar unless specifically authorized by Vinmar. E-Mail communications are not secure and may suffer errors, viruses, interception and amendment. Anyone communicating with Vinmar by E-Mail accepts the risks involved and their consequences. For assistance, please contact our Mail Administration Department on +1 (281) 618-1365 or e-mail: postmaster@vinmar.com

From: Vuk Rajevac [mailto:Vuk@triconenergy.com]
Sent: Tuesday, July 29, 2008 4:43 PM
To: Laurentiu Pascu
Subject: RE: PO4529980 - 5000Mts of MX

Hi Laurentiu,

To answer your questions:

1) Your comments on the contract well noted and accepted except for Demurrage time bar which is 90 days as per industry wide standard
2) I will let you know which advising bank we will be using once I know which cargo we will be giving to Vinamar. Also, the deal was done on At Sight basis and the only way we can do 30 days is if we are compensated for the cost of capital for the additional 30 days.
3) As far as the shipment details, we sold on CFR basis with arrival window, so once you declare the discharge port (by Aug 8th) we will be able to decide whether to give you a deep sea cargo (which at that point will most likely already be on the water) or an Asian origin cargo. Unfortunately, with deep sea Asia trade it is not always possible to know which cargo will be the delivered since the ETAs are hard to keep (due to Panama crossing, weather in the Pacific, etc) and since we guarantee the arrival window, we always have to keep a few options open in order to perform.

If you have any questions, let me know. Thanks!

VIN000009

Best Regards!

Vuk Rajevac
TRICON ENERGY, Ltd.
777 Post Oak Blvd.
Suite 650
Houston, TX 77056
Tel:+ 1 (713) 963 0066
Tel:+ 1 (713) 961 4821 (direct)
Tel:+ 1 (832) 545 2368 (mobile)
Fax:+ 1 (713) 920 9683

Yahoo: vrajevac

**From:** Laurentiu Pascu [mailto:LPascu@vinmar.com]
**Sent:** Tuesday, July 29, 2008 4:08 PM
**To:** Vuk Rajevac
**Subject:** PO4529980 - 5000Mts of MX

Dear Vuk,

Please find enclose our comments on your Sale Confirmation. We shall revert soon with our Purchase Order for your review.

Please advise:
- Advising Bank where the LC should be open (Kindly look to the option and see if possible to have this sale done on Net 30 Days so that unnecessary banking costs could be avoid)
- advise when shipment is expected - be informed that no shipment can take place without us being informed (for Insurance Purpose) and without presence of an Independent Surveyor (out of SGS or ITS) - in this order please let us have:
    - vessel details -
        - port of loading -

Your prompt feedback on the above shall be much appreciated, thank you

Best regards,
Laurentiu Pascu

Vinmar International Ltd.
Phone:  281-618-1441
Fax:    281-618-1390
Mob:    713-298-8750

Disclaimer: This E-Mail is the property of Vinmar International and/or its relevant affiliates ("Vinmar"). The information contained in this E-Mail is solely for the intended recipient(s). Access to, disclosure or use of this E-Mail by anyone else is unauthorized. Any opinions expressed in this message are those of the individual sender and not of Vinmar, and are not binding upon Vinmar unless specifically authorized by Vinmar. E-Mail communications are not secure and may suffer errors, viruses, interception and amendment. Anyone communicating with Vinmar by E-Mail accepts the risks involved and their consequences. For assistance, please contact our Mail Administration Department on +1 (281) 618-1365 or e-mail: postmaster@vinmar.com

VIN000010