IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRICON ENERGY, LTD., | § § § | |
| Plaintiff, | § | CASE NO. 4:10-cv-05260 |
| v. | § § § | JURY TRIAL DEMANDED |
| VINMAR INTERNATIONAL, LTD., | § § § | |
| Defendant. | § | |

**ORDER ON VINMAR INTERNATIONAL, LTD.'S
MOTION TO VACATE ARBITRATION AWARD**

Before this Court is Defendant's Motion to Vacate Arbitration Award (the "Motion"). After considering the Motion, and any response and reply, the Court is of the opinion that it should be GRANTED. Therefore, it is ORDERED that:

- the Arbitration Awarded is vacated and void; and
- this case is hereby dismissed.

SIGNED this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE