IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---------------------------------------------------------X
IN THE MATTER OF THE ARBITRATION
BETWEEN:                                           :

TRICON ENERGY, LTD.,                               :

       Petitioner,                           :   CASE NO. 4:10-cv-05260

   - and -                                         :

VINMAR INTERNATIONAL, LTD.,
                                             :
       Respondent.
---------------------------------------------------------X

## ORDER

Pending before the Court is Vinmar's Motion to Vacate Arbitration Award. Having considered the Motion, the response, the reply, if any, the applicable law, and the argument of counsel, if any, the Court is of the opinion that the Motion should be DENIED.

Vinmar's Motion to Vacate Arbitration Award is hereby DENIED.


Signed this _____ day of _____, 20__.


                                                          _____
                                                          JUDGE PRESIDING

{00119828.DOC; 1}