| BUYER |
|---|
| Vinmar International Ltd. |
| 16800, Imperial Valley Dr. Suite # 409 |
| Houston, TX 77060 |
| Tel (281) 618 1300 |
| PLASTICS: FAX: (281) 618-1308, EMAIL: ADMIN@VINMAR.COM |
| CHEMICALS: FAX: (281) 618-1390, EMAIL: CHEM@VINMAR.COM |

SELLER

Triton Energy Ltd.
777 Post Oak Blvd., Suite 550,
Houston 77056

**Purchase Order Confirmation**

PO number/date
4529980 / Jul 24 2008
Our Contact person/Telephone
Rick Wilson/281 618 1309

Your vendor number with us
6252

Please deliver to / order of:
Vinmar International Ltd.
16800 Imperial Valley Dr.
HOUSTON TX 77060
USA

Deliv. terms: CFR ULSAN/TAIWAN
Payt. terms: LC 30 DAYS                                  Currency USD
We are pleased to acknowledge the following purchase transaction:

| Item | Product/Material Description Order qty. Unit (Subject to tolerance) | Price | Price Unit | Value (Subject to tolerance) |
|---|---|---|---|---|
| 00001 | MIXED XYLENE ISOMER GRADE 5,000.000 M-Ton | 1310.0000 | 1 T | 6,550,000.00 |

Total value(Subject to tolerance) USD                                6,550,000.00
TERMS FOR THE ABOVE PO ARE AS FOLLOWS-.

PRODUCT:. MIXED XYLENES

PRODUCT SPECIFICATIONS: MIXED XYLENES MEETING ASTM D-5211, LATEST REVISIONS
WITH 20 MAXIMUM BROMINE INDEX

QUANTITY: 5000 MTS +/- 5% BUYER'S OPTION

Vinmar's Standard Terms and Conditions of purchase are hereby incorporated in this contract.

VIN OO0095



PLAINTIFF'S EXHIBIT 1

EXHIBIT



BUYER

Vinmar International Ltd.
16800, Imperial Valley Dr. Suite # 498
Houston, TX 77060
Tel: (281) 618-1300
PLASTICS: FAX: (281) 618-1398, EMAIL: ADMIN@VINMAR.COM
CHEMICALS: FAX: (281) 618-1390, EMAIL: CHEM@VINMAR.COM

SELLER
Tricon Energy Ltd.
Houston 77056

PO number/date: 4539980 / Jul 24 2008
Page 2

PRICE: USD $1310.00 PER METRIC TON

TERMS OF PURCHASE: CFR, ONE SAFE BERTH ULSAN/TAIWAN AS PER INCOTERMS 2000 AND ANY SUBSEQUENT AMENDMENTS

SHIPMENT PERIOD : NO LATER THAN SEPTEMBER 15TH, 2008

ORIGIN :

PAYMENT: L/C AT SIGHT.

MARITIME CONDITIONS:
VESSEL : TBN     ODS
LOAD TIME FOR SELLERS : AS PER SELLER'S CHARTER PARTY
DEMURRAGE RATE : AS PER SELLER'S CHARTER PARTY
A. TIME STARTS COUNTING UPON VESSEL BERTHING OR AFTER EXPIRATION OF 6 HOURS FOLLOWING NOR (WHICHEVER OCCURS FIRST) THIS INCLUDES LOADING FROM ANY PUBLIC TERMINALS.
B. DOCUMENTS TO BE PROVIDED BY SELLER SUPPORTING THEIR CLAIM ARE: INVOICE, STATEMENT OF FACT, COPY OF NOR CALCULATION OF CLAIM.COPIES ARE ALLOWED.
C. TIME BAR TO BE 90 DAYS AFTER DATE OF VESSEL LOADING FOR PRESENTATION OF CLAIM TO BUYER.
D. FOR DEMURRAGE COLLECTION PURPOSES, CLAIM IS SUBJECT TO LAWS AND ARBITRATIONS AS STATED BELOW.
OTHER TERMS AS PER "ASBATANKVOY" CHARTER PARTY.

INSPECTION:
QUALITY: TO BE FINAL AND BASED ON SHORE TANK ANALYSIS AT LOAD PORT
QUANTITY:TO BE FINAL AND BASED ON STATIC SHORE TANK MEASUREMENT AT LOAD PORT. IF SHORE TANK IS NOT STATIC, THEN VESSELS ULLAGE FIGURES WILL BE USED TO DETERMINE QUANTITY.

QUALITY AND QUANTITY INSPECTION TO BE PERFORMED BY A MUTUALLY ACCEPTABLE INDEPENDENT SURVEYOR AT LOAD PORT.

LAW AND ARBITRATION: LAW OF THE STATE OF TEXAS, USA TO APPLY. ALL DISPUTES ARISING IN CONNECTION WITH THE PRESENT CONTRACT SHALL BE FINALLY SETTLED UNDER THE RULES OF CONCILIATION AND ARBITRATION OF THE AMERICAN ARBITRATION ASSOCIATION BY ONE OR MORE ARBITRATORS APPOINTED IN ACCORDANCE WITH THE SAID RULES.

Vinmar's Standard Terms and Conditions of purchase are hereby incorporated in this contract.

VIN000096

| | BUYER |
|---|---|
| | Vinmar International Ltd. |
| | 15200, Imperial Valey Dr, Suite # 493 |
| | Houston, TX 77060 |
| | Tel: (281) 618.1300 |
| | PLASTICS: FAX: (281) 618-1391, EMAIL: ADMIN@VINMAR.COM |
| | CHEMICALS: FAX: (281) 618-1390, EMAIL: CHEM@VINMAR.COM |
| SELLER | PO number/date     Page |
| Tricon, Energy Ltd. | 4529980 / Jul 24 2008    3 |
| Houston 77056 | |

STANDARD TERMS AND CONDITIONS: AS PER VINMAR STANDARD TERMS AND CONDITIONS OF PURCHASE ( AS PER ANNEXURE-A ).
THE TERMS AND CONDITIONS OF THIS CONTRACT ARE TO BE KEPT PRIVATE AND CONFIDENTIAL BY ALL PARTIES CONCERNED.

THIS FAX CONFIRMATION CONSTITUTES THE ENTIRE CONTRACT AND REPRESENTS OUR UNDERSTANDING OF THE TERMS AND CONDITIONS OF OUR AGREEMENT. ANY DISCREPANCIES OR OMMISSIONS SHOULD BE BROUGHT TO OUR NOTICE BY FAX WITHIN THE NEXT TWO WORKING DAYS. A COUNTER SIGNATURE BY SELLER IS NOT NECESSARY TO VALIDATE THIS CONTRACT.

FOR LOGISTICS AND PAYMENTS:      EDUARDO ANAYA
                                  TEL   (281) 618 1352
                                  FAX   (281) 618 1390

WE THANK YOU FOR THIS OPPORTUNITY TO DO BUSINESS WITH YOU.

BEST REGARDS

RICK WILSON

Vinmar's Standard Terms and Conditions of purchase are hereby incorporated in this contract.

VIN00097