REDACTED

-----Original Message-----
From: Laurentiu Pascu
Sent: Tuesday, July 29, 2008 11:54 AM
To: Rick Wilson
Subject: PO4529980 - 5000Mts of MX

Rick,

Please find of my comments on this sales contract - especially that is not delivery and is arrival in Mailiao, Taiwan or in Ulsan, Korea (delivery as per CFR means when product pass the flange at the shipment port). Also we do not have to open a confirmed LC. Furthermore we need to have bank details where they want the LC. If you have a right contact person would be great...I can make contact and discuss, thank you

Best regards,
Laurentiu Pascu
Vinmar International Ltd.
Phone:  281-618-1441
Fax:    281-618-1390
Mob:    713-298-8750
Disclaimer: This E-Mail is the property of Vinmar International and/or its relevant affiliates ("Vinmar"). The information contained in this E-Mail is solely for the intended recipient(s). Access to, disclosure or use of this

VINO0 0098




E-Mail by anyone else is unauthorized. Any opinions expressed in this message are those of the individual sender and not of Vinmar, and are not binding upon Vinmar unless specifically authorized by Vinmar. E-Mail communications are not secure and may suffer errors, viruses, interception and amendment. Anyone communicating with Vinmar by E-Mail accepts the risks involved and their consequences. For assistance, please contact our Mail Administration Department on +1 (281) 618-1365 or e-mail: postmaster@vinmar.com

-----Original Message-----
From: scanner@vinmar.com [mailto:scanner@vinmar.com]
Sent: Tuesday, July 29, 2008 11:42 AM
To: Laurentiu Pascu
Subject:

This document was digitally sent to you using an HP Digital Sending device.

Disclaimer: This E-Mail is the property of Vinmar International and/or its relevant affiliates ("Vinmar"). The information contained in this E-Mail is solely for the intended recipient(s). Access to, disclosure or use of this E-Mail by anyone else is unauthorized. Any opinions expressed in this message are those of the individual sender and not of Vinmar, and are not binding upon Vinmar unless specifically authorized by Vinmar. E-Mail communications are not secure and may suffer errors, viruses, interception and amendment. Anyone communicating with Vinmar by E-Mail accepts the risks involved and their consequences.

For assistance, please contact our IT Department or e-mail: postmaster@vinmar.com

VINMAR GROUP COMPANIES (e.g., VIL, VOL, OPPL, Prime Plastichem) AND ITS SUPPLIERS, CUSTOMERS, AGENTS, AND FREIGHTFORWARDERS ARE ABSOLUTELY PROHIBITED FROM CONDUCTING VINMAR BUSINESS, INCLUDING TRANSSHIPMENT, DIRECTLY OR INDIRECTLY, WITH THE GOVERNMENT OF OR ANY ENTITY (CORPORATION, INDIVIDUAL, SHIPPER, VESSEL, CARRIER, SHIPPING AGENT, BROKER, BANKS, ETC.) WITHIN THE FOLLOWING SANCTIONED AND EMBARGOED COUNTRIES: IRAN (e.g., IRISL), CUBA, SUDAN, SYRIA, BURMA (MYANMAR), AND NORTH KOREA, OR WITH ANY PERSON, ENTITY OR VESSEL IDENTIFIED ON THE U.S. DEPARTMENT OF THE TREASURY'S LIST OF SPECIALLY DESIGNATED NATIONALS (i.e., "SDN LIST").

VINOO0099