Page 1 of 1

**Brad Lockwood**

From: Brad Lockwood
Sent: Monday, August 25, 2008 4:01 PM
To: Brad Lockwood

Subject: Yahoo Correspondence between Rick Wilson (vinmar) and Brad Lockwood (Tricon Energy)

Brad Lockwood (7/31/2008 6:20:16 AM): hi, Rick
rick_wilson1@sbcglobal.net (7/31/2008 9:28:47 AM): Hi Brad I hear ur looking for mx in asia
Brad Lockwood (7/31/2008 9:36:59 AM): hi...
Brad Lockwood (7/31/2008 9:37:05 AM): not at your idea levels though
Brad Lockwood (7/31/2008 9:37:06 AM):
rick_wilson1@sbcglobal.net (7/31/2008 9:37:24 AM): ok
rick_wilson1@sbcglobal.net (7/31/2008 9:37:38 AM): Im here to help
Brad Lockwood (7/31/2008 9:40:18 AM): well... if we can work out a fair number, then lets talk
rick_wilson1@sbcglobal.net (7/31/2008 9:41:27 AM): brad if u want to wipe the slate clean we could do that, otherwise I have contract obligations I'll supply info
Brad Lockwood (7/31/2008 9:41:52 AM): no worries, I'll supply then, no prob

PLAINTIFF'S EXHIBIT S

VIN000024

EXHIBIT 42 R Wilson 8-30-10