Page 1

1                   AMERICAN ARBITRATION ASSOCIATION

2                           HOUSTON, TEXAS

3                             ---oOo---

4      TRICON ENERGY, LTD.,

5           Claimant,

6      -against-                          No.  70 198 Y 00168 09

7      VINMAR INTERNATIONAL, LTD.,

8           Respondent.

9      _____/

10

11

12

                     * * * * * * * * * * * * * * * * * * * * *

13                 ORAL VIDEOTAPED DEPOSITION OF

                   RICHARD W. WILSON, Ph.D.

14                     August 30, 2010

                     * * * * * * * * * * * * * * * * * * * * *

15

16

17

18             Taken before CLAUDIA J. KNAP

19                   CSR No. 6099

20

21

22

23

24

25

PLAINTIFF'S
EXHIBIT
T

Sunbelt Reporting & Litigation Services
Houston   Austin   Bryan/College Station   Corpus Christi   Dallas/Fort Worth   East Texas   San Antonio

ORAL VIDEOTAPED DEPOSITION OF RICHARD W. WILSON, Ph.D.

Page 2

1                          I N D E X
2                                                    PAGE
3    EXAMINATION BY MR. LEE                          7
4    EXAMINATION BY MR. DIAZ-ARRASTIA                56
5    FURTHER EXAMINATION BY MR. LEE                  120
6
7                        E X H I B I T S
8    EXHIBITS                                        PAGE
9    2      E-mail sent to Rick Wilson form Moab
            Oil dated 7-22-08
10
     3      Moab Oil confirm revision 7-22-08
11
12   4      E-mail sent to Rick Wilson from Wesston
            Stephens
13
     6      Instant message between Rick Wilson and
14          Ed Leyman
15   9      E-mails exchanged between Rick Wilson and
            Ed Leyman
16
     10     E-mail sent to Ed Leyman from Rick Wilson
17          Dated 8-6-08
18   11     E-mail sent to Ed Leyman from Rick Wilson
            Dated 8-8-08
19
     12     Instant message between Brad Lockwood and
20          Ed Leyman
21   15     E-mails exchanged between Rick Wilson and
            Brad Lockwood
22
     17     E-mails exchanged between Rick Wilson and
23          Vuk Rajevac
24   18     E-mails exchanged between Rick Wilson and
            Brad Lockwood
25

ORAL VIDEOTAPED DEPOSITION OF RICHARD W. WILSON, Ph.D.

Page 3

1

                        E X H I B I T S (Continued)

2

    EXHIBITS                                              PAGE

3

    29      E-mail sent from Rick Wilson to
4           Laurentiu Pasco
5   31      E-mails exchanged between Rick Wilson and
            Eduardo Anaya
6

    34      Purchase Order
7

    35      E-mail to Mr. Rajevac from Mr. Pascu
8

    36      E-mail to Rick Wilson from Mr. Pascu
9

    37      E-mails exchanged between Rick Wilson and
10          Laurentiu Pasco
11  39*     E-mails exchanged between Rick Wilson and   37
            Nicklas Smith
12

    40*     E-mails exchanged between Rick Wilson and   58
13          Jason Luoh
14  41*     E-mails from Rick Wilson to Mr. Pascu       89
15  42*     Instant message between Rick Wilson and     104
            Brad Lockwood
16

    43*     Instant messages between Ed Leyman and      109
17          Rick Wilson
18  44*     E-mail to Devang Mehta from Rick Wilson     110
19  45*     E-mail to Hemant Goradia from Rick Wilson   115
20  46*     Instant message between Rick Wilson and     118
            Ed Leyman
21

22          *Exhibits marked in Richard Wilson's
             Deposition*
23

24

25

ORAL VIDEOTAPED DEPOSITION OF RICHARD W. WILSON, Ph.D.

Page 4

```
 1              DEPOSITION OF RICHARD W. WILSON, Ph.D.

 2

 3         BE IT REMEMBERED, that pursuant to Subpoena, and

 4    on the 30th day of August 2010, commencing at the hour

 5    of 8:38 a.m., in the offices of Bergeson, LLP, 303

 6    Almaden Boulevard, Suite 500, San Jose, California,

 7    before me, CLAUDIA J. KNAP, a Certified Shorthand

 8    Reporter, personally appeared RICHARD W. WILSON, Ph.D.,

 9    produced as a witness in said action, and being by me

10    first duly sworn, was thereupon examined as a witness

11    in said cause.

12

13                         ---oOo---

14    APPEARANCES

15    For the Claimant Tricon Energy, Ltd.:

16                    GEORGE R. DIAZ-ARRASTIA

                      Schirrmeister, Diaz-Arrastia, Brem,

17                    LLP

                      700 Milam, 10th Floor

18                    Houston, Texas 77002

19

20    For the Respondent Vinmar International, LTD:

21                    STEPHEN H. LEE

                      Porter & Hedges LLP

22                    1000 Main Street, 36th Floor

                      Houston, Texas  77002

23

24

25
```

ORAL VIDEOTAPED DEPOSITION OF RICHARD W. WILSON, Ph.D.

Page 5

```
 1   For the Non-party witness Richard W. Wilson, Ph.D.:

 2                    DANIEL J. BERGESON

                     Bergeson, LLP

 3                   303 Alameden Boulevard, Suite 500

                     San Jose, California 95110

 4

 5

     Also present:   Brad Lockwood, Tricon Energy

 6

                     Mark S. Antonvich, Vinmar

 7                   International, Ltd.

 8                   Nick Silva, Televideo Productions

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

ORAL VIDEOTAPED DEPOSITION OF RICHARD W. WILSON, Ph.D.

1            THE VIDEOGRAPHER:  On the record.

2            My name is Nick Silva.  I'm a qualified video

3    technician, videotaping on behalf of Aiken & Welch

4    Court Reporters.

5            The court reporter today is Claudia Knap.

6    Today's date is August 30th, 2010.  And the present

7    time is 8:38.

8            The location of this deposition is the

9    Bergeson Law Firm at 303 Almaden Boulevard, San Jose,

10   California.

11           Today's witness is Dr. Rick Wilson in the case

12   of Tricon Energy, LTD against Vinmar International,

13   LTD, Case No.  70 198 Y OO168 O9.  The American

14   Arbitration Association, Houston, Texas.

15           His deposition was noticed by Steven Lee for

16   the Respondent.

17           Would the counsel for the parties please

18   identify themselves and for whom they are appearing?

19           MR. LEE:  Steven Lee appearing for Vinmar.

20           Just so that the record is clear, the subpoena

21   was issued in this deposition as being taken subject to

22   without waiver of Vinmar's objection to arbitration.

23           MR. DIAZ-ARRASTIA:  George Diaz-Arrastia

24   appearing for Tricon Energy, Limited, the Claimant.

25           MR. BERGESON:  Good morning.  Daniel Bergeson

ORAL VIDEOTAPED DEPOSITION OF RICHARD W. WILSON, Ph.D.

Page 7

1    of Bergeson, LLP.  I'm counsel for the non-party

2    witness, Dr. Rick Wilson.

3         THE VIDEOGRAPHER:  Are there any other

4    stipulations or statements that you would like on the

5    record at this time?

6         MR. LEE:  None from me.

7         MR. DIAZ-ARRASTIA:  No.

8         THE VIDEOGRAPHER:  The court reporter may now

9    swear the witness.

10                    RICHARD W. WILSON, Ph.D.,

11                    sworn as a witness,

12                    testified as follows:

13   EXAMINATION BY MR. LEE:

14        Q.  Good morning, Dr. Wilson.

15            How are you today?

16        A.  Just fine.

17        Q.  Would you mind giving us your full name, sir?

18        A.  Richard W. Wilson.

19        Q.  How old are you?

20        A.  51.

21        Q.  What is it that you do today?

22        A.  I'm the CEO of Cobalt Technologies & Renewable

23   Fuels & Chemicals Business.

24            THE REPORTER:  Renewable Fuels and what?

25            THE WITNESS:  Chemicals Business.

ORAL VIDEOTAPED DEPOSITION OF RICHARD W. WILSON, Ph.D.

Page 37

1       A.   We loaded -- the origin -- my understanding was

2   the origin that called for the -- the origin of the

3   cargo was United States.

4       Q.   Okay.

5       A.   Which may be the U.S. Gulf.

6       Q.   If Mr. Leyman had told you that Tricon was not

7   guaranteeing U.S. origin, what would you have done?

8       A.   I wouldn't have bought the cargo.  I had no

9   place to sell it.  I couldn't count on the Asian

10  traders taking it.

11          MR. LEE:   I'm going to mark Exhibit 39.

12          (Exhibit No. 39 marked for

13          Identification.)

14  BY MR. LEE:

15      Q.   Take a look at that, if you would, sir.

16          Do you recognize Exhibit 39?

17      A.   Yes.

18      Q.   Are those E-mails that you exchanged with a

19  gentleman named Nicklas Smith?

20      A.   That's right.

21      Q.   Who is Nicholas Smith?

22      A.   I believe he's a ship charterer.  I just don't

23  remember the name of the company we were dealing with.

24      Q.   How was Mr. Smith aware that you were in the

25  market to buy MX on July 22nd, 2008?

ORAL VIDEOTAPED DEPOSITION OF RICHARD W. WILSON, Ph.D.

Page 47

1        A.   I don't remember the exact moment of my

2    discovery.

3        Q.   Was it around July 31st?

4        A.   I believe it was in this time frame.  Yes.

5             MR. LEE:  Okay.  If you want --

6             THE VIDEOGRAPHER:  We are now going off the

7    record.  The time is 9:42.

8             (Break taken from 9:42 to 9:53.)

9             THE VIDEOGRAPHER:  On the record.

10            The time is 9:54.  Back on the record.

11   BY MR. LEE:

12        Q.   Dr. Wilson, I'm going to show you next what's

13   previously been marked as Exhibit 17.

14            I want to focus on this E-mail in the middle of

15   the page from you to Vuk Rajevac; do you see that?

16        A.   Uh-huh.

17        Q.   That's on July 31, 2008 at 1:43 p.m.; correct?

18        A.   That's what it says.

19        Q.   Which is just a few minutes after Mr. Pascu had

20   sent an E-mail to you; correct?

21        A.   That's right.

22        Q.   What did you say to Mr. Rajevac?

23        A.   Well, I don't recollect the E-mail.  I can read

24   it to you, if you'd like.

25            "Vuk, we cannot accept open origin for this

ORAL VIDEOTAPED DEPOSITION OF RICHARD W. WILSON, Ph.D.

Page 50

1      Q.  Did Mr. Leyman ever tell you -- let me back up

2    and ask you a different question.

3           Do you remember having some conversations with

4    Mr. Leyman on July 31st or in the days following the

5    31st when this problem became apparent?

6      A.  I believe I did talk to him about it on the

7    telephone.

8      Q.  Did Mr. Leyman ever tell you that he did not

9    believe that U.S. origin was a requirement of the

10   purported deal?

11     A.  I believe he did tell me that after it became

12   clear that that's not what I was getting.

13     Q.  Did he tell you that was his understanding or

14   that was Tricon's position or do you remember?

15     A.  No.  I don't remember.

16     Q.  Do you remember that in the days following July

17   22nd, 2008, that the price for MX fell fairly

18   considerably?

19     A.  I do remember that.

20          It was actually a big surprise to me.

21     Q.  Why was that?

22     A.  Because the U.S. was tight.

23     Q.  Let me show you Exhibit 9.

24     A.  Okay.

25     Q.  Did you send this E-mail to Mr. Leyman on

ORAL VIDEOTAPED DEPOSITION OF RICHARD W. WILSON, Ph.D.

Page 51

1    August 6th, 2008?

2        A.  I do remember this, yes.

3        Q.  You said to reiterate what we are prepared to

4    accept and you went through some terms.

5            Let me just ask from -- the first perspective,

6    were the terms that you mentioned in this E-mail to

7    Mr. Leyman the terms that you had originally expressed

8    to him on July 22nd, 2008?

9        A.  That's right.

10           MR. DIAZ-ARRASTIA:  Objection.  Leading.

11   BY MR. LEE:

12       Q.  Why was it that Vinmar was still willing to buy

13   U.S. origin MX at 1310 in metric ton on August the 6th,

14   2008?

15       A.  I don't know that it was Vinmar.  It was Rick

16   Wilson.

17       Q.  Okay.

18       A.  And the way I saw this was I knew I was on the

19   losing side of a trade, but I thought I was very clear

20   what the terms were and that I recognized that while I

21   would suffer the consequence in terms of my

22   compensation and my relationship with the owners of

23   Vinmar, I decided that I was better off in the long run

24   sticking to what I originally thought were the terms of

25   this agreement, taking a loss, in the interest of

ORAL VIDEOTAPED DEPOSITION OF RICHARD W. WILSON, Ph.D.

Page 89

1   Mr. Pascu says "If you have a right contact person

2   would be great.  I can make contacts and discuss.

3   Thank you."

4           Do you see that, sir?

5      A.  That's right.  I see that.

6           MR. DIAZ-ARRASTIA:  Let me now -- this one does

7   have to be marked.

8           (Exhibit No. 41 marked for

9           Identification.)

10  BY MR. DIAZ-ARRASTIA:

11     Q.  Mr. Wilson, Exhibit 36 was July 29th, 2008 at

12  11:54; a.m.; correct?

13     A.  That's correct.

14     Q.  The document we have just marked, Exhibit 41,

15  is an E-mail from you to Mr. Pascu on July 29th, 2008

16  at 11:59 a.m., just a few minutes later; correct?

17     A.  Correct.

18     Q.  Essentially you tell him Laurentiu, the contact

19  is Vuk Rajevac; is that correct?

20     A.  That's correct.

21     Q.  And you gave him his E-mail address and cell

22  phone number; correct, sir?

23     A.  That's what's in the E-mail, yes.

24     Q.  If you would take a look at Exhibit 15, again,

25  sir, the first page of that exhibit.

ORAL VIDEOTAPED DEPOSITION OF RICHARD W. WILSON, Ph.D.

Page 104

1           (Exhibit No. 42 marked for

2           Identification.)

3   BY MR. DIAZ-ARRASTIA:

4       Q.  Dr. Wilson, calling your attention to Exhibit

5   42, that appears to be a series of instant messages

6   between you and Brad Lockwood?

7       A.  Appears to be.

8       Q.  In this set of instant messages, you're asking

9   Mr. Lockwood whether Tricon would be interested in

10  buying back the MX that Vinmar bought; correct?

11      A.  I don't remember if that's what it was about.

12      Q.  Take a look at the last entry from Rick Wilson

13  at the bottom which is the next from the last.

14          It says Rick Wilson at SBCglobal.net.

15  7-31-2008.  9:41:27 a.m.

16          It says "Brad, if you want to wipe the slate

17  clean, we can do that; otherwise, I have contract

18  obligations.  I supply info."

19          Did I read that correctly, sir?

20      A.  Yes.

21      Q.  When you say "wipe the slate clean," that means

22  buy back what you sold me; correct?

23      A.  I don't know that that's what this is in

24  reference to.

25      Q.  What does "wipe the slate clean" when you said

# Sunbelt Reporting & Litigation Services

Corporate Office
6575 West Loop South, Suite 580
Houston/Bellaire, Texas 77401
www.sunbeltreporting.com
1.800.666.0763        (fax) 713.661.3838

November 10, 2010

Stephen H. Lee
Porter & Hedges, L.L.P.
1000 Main, 36th Floor
Houston, TX 77002

**Austin**
1016 La Posada Drive
Suite 294
Austin, Texas 78752
512.465.9100

Re:        Deposition of **RICHARD W. WILSON, PH.D.**
            08/30/2010
            TRICON ENERGY VS. VINMAR INTERNATIONAL, LTD

**Bryan/College Station**
1716 Briarcrest Drive
Suite 300
Bryan, Texas 77802
979.774.4000

As indicated below:  Please be advised of current status of the Original Deposition.

o        The attached Original Deposition, after being signed and notarized by the witness on the
errata/correction page, is being forwarded to you in accordance with the Texas/Federal Rules of Civil
Procedure.

**Corpus Christi**
711 N. Carancahua
Suite 700-N
Corpus Christi, Texas
78475
361.882.0763

✓        The attached Original Deposition, which was returned unsigned and/or not notarized, is being
forwarded to you in accordance with the Texas/Federal Rules of Civil Procedure.

✓        The attached copies of Certificate(s) and/or executed and notarized Errata/Correction Sheet(s) are
sent to you for your files.  If you have any questions, please call.

**Dallas/Fort Worth**
15150 Preston
Suite 300
Dallas, Texas 75248
214.747.0763

o        Please be advised that the Original Deposition was not returned within the time specified for
unknown reasons.

o        The attached Original Exhibit(s) are being returned without the Original Deposition, which was due
on _____, for unknown reasons.

**East Texas**
100 E. Ferguson
Suite 917
Tyler, Texas 75702
903.593.3213

o        A copy of the Certificate is being sent to the Court Clerk for filing of taxable cost.

o        Original Deposition and Original Exhibits are being released on _____, due to trial on
_____.

**Houston**
6575 W. Loop South
Suite 580
Bellaire, Texas 77401
800.666.0763

Sincerely,

*Ileana Chavez*

Ileana Chavez
Sunbelt Reporting and Litigation Services
No. 87653

**San Antonio**
8000 IH-10 West
Suite 1500
San Antonio, Texas
78230
210.342.0763

ENCLOSED PLEASE FIND:
✓ Original Deposition
✓ Original Exhibit(s)
✓ Errata/Correction Page(s)
✓ Reporter's Certificate

cc:   George Diaz-Arrastia
      Daniel J. Bergeson

## One Call Does It All!

```
 1                    CHANGES AND SIGNATURE
 2   WITNESS NAME:                       DATE OF DEPOSITION:
 3   RICHARD W. WILSON, Ph.D.            AUGUST 30, 2010
 4   PAGE   LINE             CHANGE            REASON
 5   _____
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____
```

```
 1            I, RICHARD W. WILSON, Ph.D., have read the
 2   foregoing deposition and hereby affix my signature that
 3   same is true and correct, except as noted herein.
 4
 5                          _____
 6                          RICHARD W. WILSON, Ph.D.
 7                          JOB NO. 87653
 8
 9   THE STATE OF _____ )
10   COUNTY OF _____ )
11
12            BEFORE ME, _____, on this day
13   personally appeared RICHARD W. WILSON, Ph.D., known to me
14   (or proved to me under oath of _____ or
15   through _____) (description of identity
16   card or other document) to be the person whose name is
17   subscribed to the foregoing instrument and acknowledged to
18   me that they executed the same for the purposes and
19   consideration therein expressed.
20            Given under my hand and seal of office this
21   _____ day of _____, _____.
22
23                          _____
24                          NOTARY PUBLIC IN AND FOR
25                          THE STATE OF _____
```

127

1    STATE OF CALIFORNIA   )

2                          )

3    COUNTY OF ALAMEDA     )

4

5         I, CLAUDIA J. KNAP, do hereby certify:

6         That RICHARD W. WILSON, Ph.D., in the foregoing

7    deposition named, was present and by me sworn as a

8    witness in the above-entitled action at the time and

9    place therein specified;

10        That said deposition was taken before me at said

11   time and place, and was taken down in shorthand by me,

12   a Certified Shorthand Reporter of the State of

13   California, and was thereafter transcribed into

14   typewriting, and that the foregoing transcript

15   constitutes a full, true and correct report of said

16   deposition and of the proceedings that took place;

17        IN WITNESS WHEREOF, I have hereunder subscribed my

18   hand this 1st day of September 2010.

19

20

21

22

23        CLAUDIA J. KNAP, CSR No. 6099
          State of California
24

25   Job No. 87653