CopyCenter

From: Vuk Rajevac [Vuk@triconenergy.com]
Sent: Thursday, July 31, 2008 4:11 PM
To: Rick Wilson
Cc: Laurentiu Pascu; Devang Mehta; Brad Lockwood
Subject: RE: PO4529980 - 5000Mts of MX

Hi Rick,

We did not guarantee USA origin.
Also, since I don't have your disport declaration I don't know which cargo will be assigned to Vinmar.
Furthermore, whichever cargo we nominate we reserve the right to substitute it in order to meet the contractual delivery window.
If you have any questions, please give me a call. Thanks!

Best Regards!
Vuk Rajevac
TRICON ENERGY, Ltd.
777 Post Oak Blvd.
Suite 650
Houston, TX 77056
Tel:+1 (713) 963 0066
Tel:+1 (713) 961 4821 (direct)
Tel:+1 (832) 545 2368 (mobile)
Fax:+1 (713) 920 9683
Yahoo: Vrajevac

---

From: Rick Wilson [mailto:RWilson@vinmar.com]
Sent: Thursday, July 31, 2008 1:43 PM
To: Vuk Rajevac
Cc: Laurentiu Pascu; Devang Mehta
Subject: RE: PO4529980 - 5000Mts of MX

Vuk, we can not accept open origin for this material, it must from the USA.
Surely you own this product already please advise shipping details.
Thanks, Rick Wilson

From: Laurentiu Pascu
Sent: Thursday, July 31, 2008 1:39 PM
To: Rick Wilson
Subject: FW: PO4529980 - 5000Mts of MX

Best regards,
Laurentiu Pascu

Vinmar International Ltd.
Phone: 281-618-1441
Fax: 281-618-1390
Mob: 713-298-8750

Disclaimer: This E-Mail is the property of Vinmar International and/or its relevant affiliates ("Vinmar"). The information contained in this E-Mail is solely for the intended recipient.

09/02/2008



PLAINTIFF'S EXHIBIT
U

Lockwood
EXHIBIT NO. 17
J. BROWN 5-26-10

TRI 000017

(s). Access to, disclosure or use of this E-Mail by anyone else is unauthorized. Any opinions expressed in this message are those of the individual sender and not of Vinmar, and are not binding upon Vinmar unless specifically authorized by Vinmar. E-Mail communications are not secure and may suffer errors, viruses, interception and amendment. Anyone communicating with Vinmar by E-Mail accepts the risks involved and their consequences. For assistance, please contact our Mail Administration Department on +1 (281) 618-1365 or e-mail: postmaster@vinmar.com.

**From:** Laurentiu Pascu
**Sent:** Tuesday, July 29, 2008 4:08 PM
**To:** 'vuk@triconenergy.com'
**Subject:** PO4529980 - 5000Mts of MX

Dear Vuk,

Please find enclose our comments on your Sale Confirmation. We shall revert soon with our Purchase Order for your review.

Please advise:
- Advising Bank where the LC should be open (Kindly look to the option and see it possible to have this sale done on Net 30 Days so that unnecessary banking costs could be avoid)
- advise when shipment is expected - be informed that no shipment can take place without us being informed (for Insurance Purpose) and without presence of an Independent Surveyor (out of SGS or ITS) - in this order please let us have:
    - vessel details -
    - port of loading -

Your prompt feedback on the above shall be much appreciated, thank you

Best regards,
Laurentiu Pascu

Vinmar International Ltd.
Phone: 281-618-1441
Fax:    281-618-1390
Mob.:  713-298-6750

Disclaimer: This E-Mail is the property of Vinmar International and/or its relevant affiliates ("Vinmar"). The information contained in this E-Mail is solely for the intended recipient (s). Access to, disclosure or use of this E-Mail by anyone else is unauthorized. Any opinions expressed in this message are those of the individual sender and not of Vinmar, and are not binding upon Vinmar unless specifically authorized by Vinmar. E-Mail communications are not secure and may suffer errors, viruses, interception and amendment. Anyone communicating with Vinmar by E-Mail accepts the risks involved and their consequences. For assistance, please contact our Mail Administration Department on +1 (281) 618-1365 or e-mail: postmaster@vinmar.com.

09/02/2008