CopyCenter

From: Ed Leyman [Ed.Leyman@moaboll.com]
Sent: Wednesday, August 06, 2008 2:57 PM
To: Brad Lockwood
Subject: FW: Vinmar Tricon MX Purchase Sale
Importance: High

The following was received from Vinmar.

Ed

---

From: Rick Wilson [mailto:RWilson@vinmar.com]
Sent: Wednesday, August 06, 2008 2:41 PM
To: Ed Leyman
Cc: Mark Antonvich; Devang Mehta
Subject: Vinmar Tricon MX Purchase Sale
Importance: High

Dear Ed,

Despite our inability to conclude a deal so far, I am still seeking mutual agreement on the purchase of mixed xylenes, that you are brokering with Tricon.

To reiterate what we are prepared to accept:

Quantity: 5kt +/-5% Sellers Option
Price: 1310 CFR Taiwan/Korea, LC Sight
Nomination: Destination declared by Aug-15-2008
Origin: USA
Delivery 1H Sep guaranteed

Validity: 6:00 pm CST August 6, 2008

Unfortunately, as we told you previously, we do not have other delivery timing or origin options available to offer.

As we also discussed with you, until we have all of the terms agreed with Tricon, we do not have a deal. We have yet to reach agreement on the terms noted above and have submitted comments previously to Tricon on its proposed form, which have not been resolved. Once the above-referenced commercial terms are agreed and the form contract issues are resolved, as signified by signature of the parties, we will have a deal.

Sincerely,

Rick Wilson
Aromatics Global Product Leader
Vinmar International
13800 Imperial Valley Drive, Suite 499
Houston, Texas 77060
832.277.6413

09/02/2008




TRI 000021