**From:** Rick Wilson
**Sent:** Tuesday, July 22, 2008 2:56 PM
**To:** Nicklas Smith
**Subject:** RE: Any news on the MX

Seller is handling freight.   Lifting is first week of August so they already had shipping arranged.

I've been asked to keep deal completely P&C.

---

**From:** Nicklas Smith [mailto:n.smith@netcousa.com]
**Sent:** Tuesday, July 22, 2008 2:18 PM
**To:** Rick Wilson
**Subject:** RE: Any news on the MX

Who will be doing the freight

---

**From:** Rick Wilson [mailto:RWilson@vinmar.com]
**Sent:** Tuesday, July 22, 2008 1:36 PM
**To:** Nicklas Smith
**Subject:** RE: Any news on the MX

I bought CFR.  So I don't need to arrange shipping.

---

**From:** Nicklas Smith [mailto:n.smith@netcousa.com]
**Sent:** Tuesday, July 22, 2008 10:23 AM
**To:** Rick Wilson
**Subject:** Any news on the MX



EXHIBIT
39  R. Wilson
8-30-10

---

Disclaimer: This E-Mail is the property of Vinmar International and/or its relevant affiliates ("Vinmar"). The information

PLAINTIFF'S EXHIBIT

REDACTED

VIN000118



contained in this E-Mail is solely for the intended recipient(s). Access to, disclosure or use of this E-Mail by anyone else is unauthorized. Any opinions expressed in this message are those of the individual sender and not of Vinmar, and are not binding upon Vinmar unless specifically authorized by Vinmar. E-Mail communications are not secure and may suffer errors, viruses, interception and amendment. Anyone communicating with Vinmar by E-Mail accepts the risks involved and their consequences.

For assistance, please contact our IT Department or e-mail: postmaster@vinmar.com

VINMAR GROUP COMPANIES (e.g., VIL, VOL, OPPL, Prime Plastichem) AND ITS SUPPLIERS, CUSTOMERS, AGENTS, AND FREIGHTFORWARDERS ARE ABSOLUTELY PROHIBITED FROM CONDUCTING VINMAR BUSINESS, INCLUDING TRANSSHIPMENT, DIRECTLY OR INDIRECTLY, WITH THE GOVERNMENT OF OR ANY ENTITY (CORPORATION, INDIVIDUAL, SHIPPER, VESSEL, CARRIER, SHIPPING AGENT, BROKER, BANKS, ETC.) WITHIN THE FOLLOWING SANCTIONED AND EMBARGOED COUNTRIES: IRAN (e.g., IRISL), CUBA, SUDAN, SYRIA, BURMA (MYANMAR), AND NORTH KOREA, OR WITH ANY PERSON, ENTITY OR VESSEL IDENTIFIED ON THE U.S. DEPARTMENT OF THE TREASURY'S LIST OF SPECIALLY DESIGNATED NATIONALS (i.e., "SDN LIST").

