

PLAINTIFF'S EXHIBIT

EXHIBIT
32
5-27-10

VIN0O0 091-A