

PLAINTIFF'S
EXHIBIT
Z
tabbies

EXHIBIT
33
5-27-10

VIN0O0091-B